# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 24, 2012

144380

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 144380
COA: 304656
Genesee CC: 07-020463-FC

DANNY LEE THOMPSON,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the November 22, 2011 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 24, 2012

_____
Clerk

h0716